First United Finance Corporation, Appellee, v. Joseph
Vanek et al., Appellants.

Gen. No. 42,709.

Heard in the second division, first district, this court at the June term, 1943; opinion filed February 10, 1944; rehearing denied March 9, 1944. Ward H. Harris, for appellants; McCabe, Abrahams & Daly, for appellee; Harry Abrahams, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.